UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| RANDY S. WETHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Jury Demanded |
| | ) | |
| v. | ) | No. 1:20-cv-00234-DCLC-CHS |
| | ) | |
| SIR GOONY GOLF OF CHATTANOOGA, | ) | |
| INC., AMUSEMENT PRODUCTS, LLC., | ) | |
| and AMUSEMENT CONSTRUCTION | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Come now the parties to the above-captioned action, Plaintiff, Randy S. Wethington, and Defendants, Sir Goony Golf of Chattanooga, Inc., Amusement Products, LLC, and Amusement Construction Company, Inc., by and through their respective counsel, pursuant to *Rule 41(a)(1)(A)(ii)* of the *Federal Rules of Civil Procedure*, and hereby stipulate to the dismissal with prejudice of any and all claims in the above-captioned action, with each party to bear his or its own court costs and discretionary costs and expenses of litigation.

IT IS SO ORDERED.

---

**CLIFTON F. CORKER**
**U.S. DISTRICT JUDGE**

**APPROVED FOR ENTRY:**

MIKEL & HAMILL PLLC

By: _s/ *Donna J. Mikel*_____
      Donna J. Mikel, BPR#020777
      Attorneys for Plaintiff
      620 Lindsay St., Suite 200
      Chattanooga, TN 37402
      (423) 541-5400
      dmikel@mhemploymentlaw.com


GRANT, KONVALINKA & HARRISON,

By: __s/ *J. Scott McDearman*_____
      J. Scott McDearman, BPR No. 012174
      Cody M. Roebuck, BPR No. 032479
      Attorneys for Defendant
      633 Chestnut Street, Suite 900
      Chattanooga, TN 37450-0900
      (423) 756-8400
      smcdearman@gkhpc.com

2